```
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF KENTUCKY
              SOUTHERN DIVISION
                 AT LONDON
```

**CIVIL ACTION NO. 21-121 (WOB-EBA)**

PAUL WRIGHT                                                PLAINTIFF

VS.                          <u>ORDER</u>

UNITED STATES OF AMERICA                                   DEFENDANT

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (Doc. 45), and no objections having been filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 45) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that this action be, and hereby is **DISMISSED** pursuant to Local Rule 5.3(e) and Fed. R. Civ.P.41(b) and that the motion of the United States for Judgment on the Pleadings or in the alternative for Summary Judgment (Doc. 40) be and hereby is **DENIED** without prejudice as **MOOT**.

This 14th day of October, 2022.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge